# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

      At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 6th day of January, two thousand fifteen.

Before:        Rosemary S. Pooler,
                        *Circuit Judge.*

_____

Dorian Cheeks,

    Plaintiff-Appellant,                           **ORDER**

    v.                                                  Docket No. 14-299

Freeport Pancake House, Inc., W.P.S. Industries, Inc.,

    Defendants-Appellees.

_____

      The United States Department of Labor requests an extension until March 27, 2015 to file its letter brief expressing its views on certain issues presented in this appeal.

      IT IS HEREBY ORDERED that the request for an extension of time is GRANTED.

                                                                        For the Court:

                                                                        Catherine O'Hagan Wolfe,
                                                                        Clerk of Court

