# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

~~~~

**Abdul K. Hassan, Esq.**  Tel: 718-740-1000
Email: abdul@abdulhassan.com  Fax: 718-740-2000
*Employment and Labor Lawyer*  Web: www.abdulhassan.com

**August 12, 2015**

Via ECF

Hon. Clerk of Court
U.S. Court of Appeals, 2nd Circuit
40 Foley Square
New York, NY 10007

> **Re: Dorian Cheeks v. Freeport Pancake House Inc., and W.P.S Industries, Inc**
> Case No. 14-CV-299
> Appellant's Counsel's Firm name

Dear Clerk of Court:

My firm represents plaintiff-appellant in the above-referenced action, and I respectfully write with respect to the court's August 7, 2015 decision - it was noted that the firm name for appellant's counsel was missing. Mr. Hassan's name/firm and contact information should be reflected in the decision as follows:

> Abdul K. Hassan, Esq.
> Abdul Hassan Law Group, PLLC
> 215-28 Hillside Avenue, Queens Village, NY 11427
> Tel: 718-740-1000

Thanks in advance for your attention to this matter and anticipated cooperation.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

  /s/ Abdul Hassan_____
By: Abdul K. Hassan, Esq. (AH6510)
*Counsel for Plaintiff*